**Order entered October 9, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00218-CR

**TOBY FRANCIS TRACY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-39255-M**

## ORDER

Before the Court are appellant's October 7, 2019 motion for leave to file a supplemental brief and the State's October 7, 2019 first motion for extension of time to file the State's brief. Appellant has tendered his brief with the motion for leave.

We **GRANT** both motions. We **ORDER** appellant's brief filed as of the date of this order.

We **ORDER** the State's brief be filed on or before November 8, 2019.

/s/     BILL PEDERSEN, III
          JUSTICE